Kevin and Mary BRENNAN,
Plaintiffs/Respondents,

v.

REHNQUIST DESIGN AND BUILD,
INC., Defendant/Appellant.

No. 67844.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 13, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 25, 1996.

William A. Boles, St. Louis, for appellant.

Joseph V. Neill, St. Louis, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

Appellant, Rehnquist Design and Build Inc., appeals from both a $4,100.00 judgment entered against it on Respondents' trespass claim and an adverse judgment on its counterclaim for trespass. We affirm.

We have reviewed the briefs of the parties, the transcript and the legal file and find no error of law. An extended opinion would have no precedential value. We affirm the

trial court's judgment pursuant to Rule 84.16(b).